BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY R. MAYNARD | Case No. CIV-08-2496 CMK |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE **Commissioner of Social Security** of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 9, 2009, to August 6, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through July 2009.

////

////

////

1

Dated: June 8, 2009     */s/Bess M. Brewer*
                        BESS M. BREWER
                        Attorney at Law

                        Attorney for Plaintiff


Dated: June 9, 2009     McGregor W. Scott

                        United States Attorney

                        /s/  *Elizabeth Firer*
                        ELIZABETH FIRER
                        Special Assistant U.S. Attorney
                        Social Security Administration

                        Attorney for Defendant


## ORDER

APPROVED AND SO ORDERED.


DATED: July 6, 2009

                        **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE

2