**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY R. MAYNARD, | No. CIV S-08-2496-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. / | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On July 6, 2009, the court approved Plaintiff's stipulation extending the time for filing a motion for summary judgment to August 6, 2009. However, by October 15, 2009, no motion for summary judgment had been filed. The court then issued an order to show cause why this action should not be dismissed for Plaintiff's failure to file a dispositive motion.

Plaintiff responded to the order to show cause by filing a response with a request for additional time due to counsel's excusable neglect. Counsel indicated that opposing counsel has no objection to her late filed motion. In addition, the required dispositive motion was filed concurrently with the response.

1    Good cause appearing therefor, the order to show cause is discharged, and
2  Plaintiff's motion for summary judgment is deemed properly filed.
3    IT IS SO ORDERED.

 DATED: November 18, 2009

```
                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```