1  BENJAMIN WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
10
                 SACRAMENTO DIVISION
11

12  TERRY MAYNARD,              )
                                )    CIVIL NO. 2:08-CV-02496 CMK
13        Plaintiff,            )
                                )
14           v.                 )    STIPULATION AND ORDER
                                )
15  MICHAEL J. ASTRUE,          )
    Commissioner of             )
16  Social Security,            )
                                )
17        Defendant.            )
    _____)

18

19        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a FIRST extension of time of 41 days, up to and including

21  January 26, 2010, to respond to Plaintiff's motion for summary judgment.  This request is being made

22  because counsel for the Commissioner inadvertently failed to calendar the Commissioner's response to

23  Plaintiff's Motion for Summary Judgment and was not aware of her error until she was contacted by

24  Court staff on January 19, 2010.  Counsel did not intend to intentionally delay these proceedings and

25  apologizes for her error.

26  ///

27  ///

28  ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 19, 2010

/s/ *Bess Brewer*
(As authorized via email)
BESS BREWER
Attorney for Plaintiff

Dated: January 19, 2010

BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: January 22, 2010

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE